

07 CV 4811

William R. Fried, Esq. (WF 2106)
John Oleske, Esq. (JO 0995)
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY 10016
(212) 592-1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SHA LI,                                  :
                                         :  Civ. No. _____
                     Plaintiff,          :
                                         :  **RULE 7.1 STATEMENT**
        -against-                        :
                                         :
NORMAN MOORE, KARAN SINGH, and A.C.T.    :
INTERNATIONAL APPAREL GROUP, INC.,       :
                                         :
                     Defendants.         :
----------------------------------------x

JUN 0 6 2007

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff.

Dated: New York, New York
      June 5, 2007

                                      HERRICK, FEINSTEIN LLP

                                      By: _____
                                          William Fried (WF 2106)
                                          John Oleske (JO 0995)
                                          Attorneys for Plaintiff Sha Li
                                          2 Park Avenue
                                          New York, New York 10016
                                          (212) 592-1400