## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 4811

Plaintiff:
SHA LI,

vs.

Defendant:
NORMAN MOORE, KARAN SINGH, and A.C.T. INTERNATIONAL APPAREL GROUP, INC.,

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **KARAN SINGH, located at A.C.T. INTERNATIONAL APPAREL GROUP, INC., 180 Madison Avenue, 20th Floor, New York, New York 10018.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **11th day of June, 2007** at **4:00 pm**, I:

I personally served KARAN SINGH with a true copy of the **Summons In A Civil Case, Verified Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Henry Pitman and Individual Practices of Judge Miriam Goldman Cedarbaum** by personal delivery to KARAN SINGH at the above stated address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 49, Sex: M, Race/Skin Color: Indian, Height: 5'6", Weight: 185, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 13th day of June, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007002416
Ref: CL MTR # 12961 MTR 001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j