# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 4811

Plaintiff:
SHA LI,

vs.

Defendant:
NORMAN MOORE, KARAN SINGH, and A.C.T. INTERNATIONAL APPAREL GROUP, INC.,

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on NORMAN MOORE, located at 1714 Barclay Blvd., Princeton, New Jersey 08540.

I, Robert F. Taylor, being duly sworn, depose and say that on the 9th day of June, 2007 at 8:10 am, I:

I personally served NORMAN MOORE with a true copy of the Summons In A Civil Case, Verified Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Henry Pitman and Individual Practices of Judge Miriam Goldman Cedarbaum by personal delivery to NORMAN MOORE at the above stated address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description of Person Served:** Age: 50, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Grey/W Cap, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 12th day of June, 2007 by the affiant who is personally known to me.

Dolores J. Taylor

Robert F. Taylor
Process Server

**DOLORES J. TAYLOR**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 28, 2009

Our Job Serial Number: 2007002418
Ref: CL MTR #

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j