# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 4811

Plaintiff:
SHA LI,

vs.

Defendant:
NORMAN MOORE, KARAN SINGH, and A.C.T. INTERNATIONAL APPAREL GROUP, INC.,

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **A.C.T. INTERNATIONAL APPAREL GROUP, INC., located at 180 Madison Avenue, 20th Floor, New York, New York 10018.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **8th day of June, 2007** at **11:15 am, I:**

Served the above named Entity by delivering a true copy of the **Summons In A Civil Case, Verified Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Henry Pitman and Individual Practices of Judge Miriam Goldman Cedarbaum** to Sohodra Persaud, Employee, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: Indian, Height: 5'6", Weight: 140, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 13th day of June, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007002411
Ref: CL MTR # 12961 MTR 001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 4811

Plaintiff:
**SHA LI,**

vs.

Defendant:
**NORMAN MOORE, KARAN SINGH, and A.C.T. INTERNATIONAL APPAREL GROUP, INC.,**

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **A.C.T. INTERNATIONAL APPAREL GROUP, INC., located at 180 Madison Avenue, 20th Floor, New York, New York 10018.**

I, Selena Cabrera, being duly sworn, depose and say that on the **12th day of June, 2007 at 3:59 pm, I:**

Mailed a true copy of **Summons In A Civil Case, Verified Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Henry Pitman and Individual Practices of Judge Miriam Goldman Cedarbaum** by Registered Mail - Return Receipt Requested bearing the words "Personal Confidential" on June 12, 2007 in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.
REGISTERED # RA47D9S1065US

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 13th day of June, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Selena Cabrera
Process Server

Our Job Serial Number: 2007002436
Ref: CL MTR # 12961 MTR 001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 4811                                                    Date Filed: 6/6/2007

Plaintiff:
**Sha Li,**
vs.
Defendant:
**Norman Moore, et. al.,**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **A.C.T. International Apparel Group, Inc..**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **8th day of June, 2007** at **1:00 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case, Verified Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Henry Pitman and Individual Practices of Judge Miriam Goldman Cedarbaum, pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of New York State Department of State.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 11th day of June, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC A A BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

**Court Support Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2007002314
Ref: 2415

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

State of New York - Department of State
Receipt for Service

Receipt #: 200706080176
Date of Service: 06/08/2007
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.
Cash #: 200706080159
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 307 OF THE BUSINESS CORPORATION LAW

Party Served: A.C.T. INTERNATIONAL APPAREL GROUP, INC.

Plaintiff/Petitioner:
    LI, SHA

Service of Process Address:

,

Secretary of State
By  DONNA CHRISTIE