UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHA LI,

                    Plaintiff,

  -vs-

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.

                    Defendants.
------------------------------------------------------------X

Index No.: 07cv4811 (MGC)

## PROPOSED STIPULATION & ORDER

The Stipulation, dated June 29, 2007 adjourning Defendant's, Norman Moore, time to answer Plaintiff's Verified Complaint, filed June 6, 2007, be extended from June 28, 2007 through to and including July 12, 2007.

**SO ORDERED:**                              DATED: July __, 2007

_____
**JUDGE MIRIAM GOLDMAN CEDARBAUM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHA LI,

                       Plaintiff,

-vs-

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.

                       Defendants.
------------------------------------------------------------X

Index No.: 07cv4811

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for Plaintiff, Sha Li, and the Defendant, Norman Moore, that the time for Defendant, Norman Moore, to answer Plaintiff's Verified Complaint, filed June 6, 2007, be extended from June 28, 2007 through to and including July 12, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between counsel for the undersigned facsimile signatures below are as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation in lieu of the original with the same effect as if the original had been filed.

Dated: June 29, 2007
       New York, New York

| | |
|---|---|
| **LAZARUS & LAZARUS, P.C.** | **HERRICK, FEINSTEIN LLP** |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff,* |
| NORMAN MOORE | SHA LI |
| 240 Madison Avenue, 8th Floor | 2 Park Avenue |
| New York, New York 10016 | New York, New York 10016 |
| (212) 889-7400 | (212) 592-1400 |
| By: _____ | By _____ |
| Harlan M. Lazarus, Esq. | William R. Fried, Esq. (WF-2106) |