UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHA LI,

                Plaintiff,

-vs-

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.

                Defendants.
-------------------------------------------------------------X

Index No.: 07cv4811 (MCC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for Plaintiff, Sha Li, and the Defendant, Norman Moore, that the time for Defendant, Norman Moore, to answer Plaintiff's Verified Complaint, filed June 6, 2007, be extended from June 28, 2007 through to and including July 12, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between counsel for the undersigned facsimile signatures below are as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation in lieu of the original with the same effect as if the original had been filed.

Dated: June 29, 2007
      New York, New York

| | |
|---|---|
| **LAZARUS & LAZARUS, P.C.**<br>*Attorneys for Defendant,*<br>NORMAN MOORE<br>240 Madison Avenue, 8th Floor<br>New York, New York 10016<br>(212) 889-7400<br><br>By:_____<br>Harlan M. Lazarus, Esq. | **HERRICK, FEINSTEIN LLP**<br>*Attorneys for Plaintiff,*<br>SHA LI<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br><br>By_____<br>William R. Fried, Esq. (WF-2106) |

**SO ORDERED:**

_____
U.S.D.J. 7-6-07

* TOTAL PAGE.02 **