UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHA LI,

                07 CIV. 4811 (MGC)

           Plaintiff,

    -against-                    **STIPULATION**

NORMAN MOORE,

           Defendant.
------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel as follows:

    1.    all defendants' time to answer shall be extended upon and until July 27, 2007; and

    2.    this Stipulation be executed via facsimile, deeming the facsimile signatures as original.

Silverberg Stonehill Goldsmith
& Haber, P.C.
Attorneys for Defendant
**Karen Singh**

By: _____
    Kenneth R. Schachter (KS-8833)
111 West 40th Street
New York, NY 10018
(212) 730-1900

Lazarus & Lazarus, P.C.
Attorney for Defendant
Norman Moore

By: _____
    Harlan M. Lazarus (HL-____)
240 Madison Avenue
New York, NY 10016
(212) 889-7400

Herrick Feinstein, LLP
Attorneys for Plaintiff

By: _____
     William R. Freed (WF-2106)
2 Park Avenue
New York, NY 10016
(212) 592-1400

Enter: New York, New York
       July      , 2007

SO ORDERED:

_____

2

PAGE 4/4 * RCVD AT 7/12/2007 1:54:54 PM [Eastern Daylight Time] * SVR:NYFX01/4 * DNIS:3499 * CSID:+12123914556 * DURATION (mm-ss):00-42

** TOTAL PAGE.04 **