Jul-12-2007 02:05pm  From-SSGH PC            +12123914556       T-327  P.003/004  F-155

(CEDARBAUM) 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SHA LI,                                          07 CIV. 4811 (MGC)

            Plaintiff,

   -against-                                   STIPULATION

NORMAN MOORE,

            Defendant.
----------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel as follows:

1. all defendants' time to answer shall be extended upon and until July 27, 2007; and

2. this Stipulation be executed via facsimile, deeming the facsimile signatures as original.

Silverberg Stonehill Goldsmith            Lazarus & Lazarus, P.C.
& Haber, P.C.                             Attorneys for Defendant
Attorneys for Defendant                   Norman Moore
Karen Singh

By: _____               By: _____
    Kenneth R. Schachter (KS-8833)            Harlan M. Lazarus (HL-...)
111 West 40th Street                      240 Madison Avenue
New York, NY 10018                        New York, NY 10016
(212) 730-1900                            (212) 889-7400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-07

JUL 12 2007  3:32 PM FR HERRICK FEINSTEIN LLP92 1500 TO *9970*129610001* P.04

Jul-12-2007  01:30pm  From-HGH PC                    +12129914556        T-321  P.004/004  F-194

Herrick Feinstein, LLP
Attorneys for Plaintiff

By: _____
     William R. Fried (WF-2105)
2 Park Avenue
New York, NY 10016
(212) 592-1400

Dated: New York, New York
       July 13, 2007

SO ORDERED:

s/ _____
              JJDS

2

PAGE 04 * RCVD AT 7/12/2007 1:54:54 PM [Eastern Daylight Time] * SVR:NYFXD1/4 * DNIS:3400 * CSID:+12129914556 * DURATION (mm-ss):00-42

** TOTAL PAGE.04 **