UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHA LI,

                                Plaintiff,

  -vs-

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.

                                Defendants.
-------------------------------------------------------------------X

Index No.: 07cv4811 (MGC)

## NOTICE OF APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANT, NORMAN MOORE

SIRS:

    PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendant, Norman Moore, in the above captioned action.

    PLEASE TAKE FURTHER NOTICE, that the Defendant, Norman Moore, hereby appear in the above entitled action, and that the undersigned has been retained as Attorneys for Defendant, Norman Moore, and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         July 19, 2007

                                   Respectfully submitted,
                                   LAZARUS & LAZARUS, P.C.

                                   By: _____
                                   HARLAN M. LAZARUS, ESQ. {HML-0268}
                                   240 Madison Avenue, 8th. Floor
                                   New York, New York, 10016
                                   (212) 889-7400

TO: **HERRICK FEINSTEIN LLP**
2 Park Avenue
New York, New York 10016
**Attention: WILLIAM R. FRIED**

- AND-

**SILVERBERG, STONEHILL, GOLDSMITH, & HABER, P.C.**
111 West 40th Street
New York, New York 10018
**Attention: KENNETH R. SCHACTER**