UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHA LI,

                                                    Index No.: 07cv4811 (MGC)

                          Plaintiff,

          -vs-


NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.


                          Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

          Carissa A. Schumacher, being duly sworn, deposes and says:

          I am not a party to this action, I am over the age of 18 years and I reside in Somerset
County.

          On July 19, 2007, I mailed true copies of the following document: **NOTICE OF
APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANT,
NORMAN MOORE**; enclosed in a sealed pre-paid wrapper for delivery, by depositing
said true copies into an official depository under the exclusive care and custody of the
United States Postal Service located within this City and State addressed to the
following:

**HERRICK FEINSTEIN LLP**          **SILVERBERG, STONEHILL,**
2 Park Avenue          -&-          **GOLDSMITH,& HABER, P.C.**
New York, New York 10016            111 West 40th Street
**Attention: WILLIAM R. FRIED**     New York, New York 10018
                                    **Attention: KENNETH R. SCHACTER**


                                    _Carissa A. Schumacher_
                                    Carissa A. Schumacher

Sworn to before me this
19th day of July, 2007




_____
Notary Public

                    HARLAN M. LAZARUS
                Notary Public, State of New York
                        No. 31-4723982
                   Qualified in New York County
                Commission Expires February 28, 20 11