UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHA LI,

                                     Index No.: 07cv4811 (MGC)

                      Plaintiff,

-vs-

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP, INC.

                     Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                               )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

      On July 27, 2007, I delivered by facsimile and mailed true copies of the following document: **VERIFIED ANSWER, COUNTERCLAIMS & CROSS CLAIMS OF NORMAN MOORE**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**HERRICK FEINSTEIN LLP**
2 Park Avenue                -&-
New York, New York 10016
**Attention: WILLIAM R. FRIED**

**SILVERBERG, STONEHILL,
GOLDSMITH,& HABER, P.C.**
111 West 40th Street
New York, New York 10018
**Attention: KENNETH R. SCHACTER**

_____
Carissa A. Schumacher

Sworn to before me this
27th day of July, 2007

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20__