UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHA LI,

                Plaintiff,

-against-

NORMAN MOORE, KARAN SINGH and
A.C.T. INTERNATIONAL APPAREL
GROUP, INC.,

                Defendants.

------------------------------------------------------------x

07 CIV. 4811 (MGC)

**STIPULATION**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel as follows:

    1.    defendants Karan Singh's and A.C.T. International Apparel Group, Inc.'s time to answer shall be extended upon and until August 24, 2007; and

    2.    this Stipulation may be executed via facsimile, deeming the facsimile signatures as original.

Silverberg Stonehill Goldsmith
& Haber, P.C.
Attorneys for Defendant
Karen Singh

By:_____
    Kenneth R. Schachter (KS-8833)
111 West 40th Street
New York, NY 10018
(212) 730-1900

Enter: New York, New York
      July 30, 2007

Herrick Feinstein, LLP
Attorney for Plaintiff

By:_____
    William R. Fried (WF-2106)
2 Park Avenue
New York, NY 10016
(212) 592-1400

SO ORDERED:

_____