08/23/2007 00:17 2100 LAZARUS PAGE 03/04
AUG 22 2007 6:00 PM FR HERRICK FEINSTEIN LLP212 1500 TO *23134120100*
09/22/2007 18:48 FAX 12128814558 SSSSHPC @002/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHA LI,

          Plaintiff,

   -against-

NORMAN MOORE, KARAN SINGH and
A.C.T. INTERNATIONAL APPAREL
GROUP, INC.,

          Defendants.
------------------------------------x

07 CIV. 4811 (MGC)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

    IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel as follows:

    1.    defendants Karan Singh's and A.C.T. International Apparel Group, Inc.'s time to answer shall be extended upon and until September 14, 2007; and

    2.    this Stipulation may be executed via facsimile, deeming the facsimile signatures as original.

Silverberg Stonehill Goldsmith
& Haber, P.C.
Attorneys for Defendant
Karan Singh

By: _____
    Kenneth R. Schachter (KS-8833)
111 West 40th Street
New York, NY 10018
(212) 730-1900

Herrick Feinstein, LLP
Attorney for Plaintiff

By: _____
    William R. Fried (WF- )
2 Park Avenue
New York, NY 10016
(212) 592-1400

08/23/2007 00:17  2100  LAZARUS  PAGE 04/04
AUG 22 2007  6:00 PM FR HERRICK FEINSTEIN LLP52 1500 TO *********  PAGE 04/04
08/22/2007 16:49 FAX 12128314558  8883HFG  ☒003/003

Lazarus & Lazarus, P.C.
Attorneys for Defendant Norman Moore

By: _____
Harlan M. Lazarus (HML-0268)
240 Madison Avenue
New York, New York 10016
(212) 689-__74

Enter: New York, New York
       9-4, 2007

SO ORDERED:

s/ _____
             WDS

2

PAGE 03 * RCVD AT 8/22/2007 4:55:34 PM [Eastern Daylight Time] * SVR:NYFX0/15 * DNIS:3499 * CSID:12128314558 * DURATION (mm-ss):00-34

** TOTAL PAGE.03 **