| | |
|---|---|
| STATE OF NEW YORK, | AFFIDAVIT OF SERVICE |
| COUNTY OF QUEENS. | BY MAIL |

  Helen Bova, being duly sworn, says: that I am over the age of eighteen years and am not a party herein, that I reside in Kings County, State of New York, and that on December 30, 2004, I served a copy of the within

Verified Answer, Counterclaims and Cross-Claims

at an address designated by said parties for that purpose by depositing a true copy of same enclosed in a postage-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, VIA FIRST CLASS MAIL.

Herrick Feinstein LLP

2 Park Avenue

New York, New York 10016

Attn: William R. Fried, Esq.

Lazarus & Lazarus, P.C.

240 Madison Avenue

New York, New York 10016

Attn: Harlan M. Lazarus, Esq.

                       /s/ Helen Bova

                       Helen Bova

Sworn to me on this

14th day of September, 2007

_____

Notary Public

CYNTHIA A. VALE
NOTARY PUBLIC, State of New York
No. 01VA5013935
Qualified in Suffolk County
Commission Expires 7/15/2011

21