UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHA LI,

           Plaintiff,

    v.

NORMAN MOORE, KARAN SINGH, and
A.C.T. INTERNATIONAL APPAREL GROUP,
INC.,

           Defendants.
-------------------------------------------------------------- X

Case No. 07-cv-4811-MGC

**SO ORDERED**
**CONSENT TO**
<u>**CHANGE ATTORNEY**</u>

    IT IS HEREBY CONSENTED THAT Norman Moore, ~~pro se~~ with an address at 11451 Fallow Deer Court, Fort Myers, Florida 33966 be ~~substituted as~~ pro se ~~attorney of record for the defendant Norman Moore~~ in the above-captioned action in place and stead of Lazarus & Lazarus, P.C. with offices at 240 Madison Avenue, New York, New York 10016.

    This consent to ~~change~~ release attorney may be signed in counterparts and a facsimile or copy may be used in lieu of an original.

Dated: September 20, 2007

_____
Norman Moore
By: Norman Moore, *pro se*
~~Substituting~~ *pro se* ~~Attorney~~
(239) 768-0797 (phone)

_____
Norman Moore
Lazarus & Lazarus, P.C.
By: Harlan M. Lazarus (HML 0268)
Retiring Attorneys
(212) 889-7400 (phone)
(212) 684-03147 (fax)

SO ORDERED:

_____
Judge Miriam G. Cedarbaum
9-26-07

SANDRA R. LOPEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/17/2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07