USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

SHA LI,

                      Plaintiff,

   - against -

NORMAN MOORE, KARAN SINGH and
A.C.T. INTERNATIONAL APPAREL
GROUP, INC.,

                      Defendants.

- - - - - - - - - - - - - - - - -X

ORDER

07 Civ. 4811 (MGC)

CEDARBAUM, J.

    With the consent of all the parties, this action is dismissed without prejudice and accordingly closed.

    SO ORDERED.

Dated:  New York, New York
       February 3 , 2010

                                   S/ _____
                                      MIRIAM GOLDMAN CEDARBAUM
                                      United States District Judge